[No. 14156–2–I.  Division One.  December 3, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. BOLDEN ELDRIDGE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83–1–01866–4, Frank L. Sullivan, J., entered December 20, 1983. *Reversed* and *remanded* by unpublished per curiam opinion.

[No. 13984–3–I.  Division One.  December 3, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. THOMAS R. WILSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83–1–02025–1, Gary M. Little, J., entered October 17, 1983. *Dismissed* and *remanded* by unpublished per curiam opinion.

[No. 13351–9–I.  Division One.  December 3, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. ANN HANNON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81–7–00826–5, Norman W. Quinn, J., entered May 12, 1983. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Swanson and Callow, JJ.